IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  11-cv-00182-WYD-MJW

NOVELL CONNOR,

    Plaintiff,

v.

ALLIED INTERSTATE, INC., a Minnesota corporation,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Notice of Dismissal with Prejudice filed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), this case **DISMISSED WITH PREJUDICE**, with each party to pay his or its own attorney's fees and costs.

Dated this 14th day of February, 2011.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE